```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynette Alicea,

                Plaintiff,

–v–

Commissioner of the Social Security Administration,

                Defendant.

20-cv-6901 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In an Order dated September 8, 2020, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 5. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.* Counsel for Defendant filed a notice of appearance on November 9, 2020. Dkt. No. 11. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's September 8, 2020 Order, on or before December 21, 2020. The parties are advised that they are free to withhold consent without negative consequences. This Order does not alter the deadlines set forth in any of the Court's scheduling orders.

SO ORDERED.

Dated: December 7, 2020
      New York, New York

*[Signature: Alison J. Nathan]*

_____
ALISON J. NATHAN
United States District Judge