USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYNETTE ALICEA,

                            Plaintiff,         **REVISED**
                                                    **SCHEDULING ORDER**

   - against -

                                                      20-CV-06901 (AJN) (SDA)

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                            Defendant.
-------------------------------------------------------------X

In accordance with the Court's scheduling order, and Plaintiff's request for its extension of time, Plaintiff respectfully proposes the revised scheduling order:

1. On or before April 28, 2021, Plaintiff will file her motion for judgment on the pleadings.

2. The Commissioner shall file her response to Plaintiff's motion for judgment on the pleadings no later than June 28, 2021.

3. Plaintiff's reply, if any, shall be filed on or before July 19, 2021.


Dated: Newburgh, NY
         March 23, 2021

*[Signature: Stuart D. Aaron]*

SO ORDERED.
Dated: 3/23/2021

Respectfully submitted,

                                    _____s/_____
                                    JOSEPHINE GOTTESMAN
                                    Attorney for Plaintiff
                                    Dennis Kenny Law
                                    288 North Plank Rd
                                    Newburgh, NY 12550

2

        Tel: 845-566-4400
        Fax: 845-569-0111
        e-mail: jgottesman@denniskennyssdlaw.com

Cc:  Mary Ellen Brennan
      Assistant U.S. Attorney
      Southern District of NY
      86 Chambers St., 3d Floor
      New York, NY 10007